# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



| | |
|---|---|
| Robert DeSanto, | |
| Plaintiff, | Civil Action No.: 3:11-cv-06422-PGS-TJ |
| v. | |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Robert DeSanto ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 13, 2012

Respectfully submitted,

ORDERED: /s/ Peter M[illegible]
DATED: 1/18/12

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (917) 981-0849
Facsimile: (203) 653-3424
Attorneys for Plaintiffs